UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY E. HAGOOD,

                Plaintiff,

       v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

                Defendant.

Case No. C10-2063-JCC-BAT

**REPORT AND RECOMMENDATION**

Gregory E. Hagood brought an action seeking review of the denial of his application for disability insurance benefits and supplemental security income by the Commissioner of the Social Security Administration. Dkt. 3. The parties stipulate the case should be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Dkt. 26. Specifically, the parties stipulate that on remand, the Administrative Law Judge will further consider the opinions of Dr. Rubin (Tr. 352-359), Dr. Bailey (Tr. 348-350), Dr. Shanks (Tr. 258-260, 261-263, 265), and Dr. Mabee and Counseling Therapist Erickson (Tr. 272-276, 277-281); the ALJ will further consider Plaintiff's residual functional capacity; the ALJ will further evaluate Plaintiff's credibility; and the ALJ will obtain further vocational expert testimony.

The parties agree that Mr. Hagood will be afforded the opportunity to appear and testify at a supplemental hearing, he may submit additional evidence and arguments on remand; and

REPORT AND RECOMMENDATION - 1

that those other aspects of the ALJ's prior decision not addressed here not affirmed.  The parties stipulate this remand be made pursuant to sentence four of 42 U.S.C. § 405(g).

Having reviewed the pleadings and the administrative record, the Court recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it be approved immediately.  A proposed order accompanies this Report and Recommendation.

DATED this 22nd day of July, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2